UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC., et al.,<br><br>      Defendant. | CASE NO. CV 09-03496 SI<br><br>**[PROPOSED]**<br>**ORDER TO CHANGE TIME**<br>**PURSUANT TO CIVIL L.R. 6-2** |
| AND RELATED COUNTERCLAIMS | |

Plaintiff and Counterdefendant PIXION, INC. ("Pixion") and Defendants and Counterclaimants CITRIX SYSTEMS, INC. and CITRIX ONLINE, LLC (collectively, "Citrix") have stipulated to and requested an order staying the litigation for 90 days to allow for verification of certain information exchanged during the course of court-ordered private mediation. Having considered the stipulation and declarations set forth therein, the Court finds good cause appearing and hereby vacates the minute order dated November 20, 2009 (Docket No. 31) and January 8, 2010 (Docket No. 34). All further proceedings in this case are stayed until June 25, 2010. No discovery shall be served and no responses are due during that time nor shall any motions be filed with the Court during that time. The Parties are to appear for a further case management conference on June 25, 2010 at ~~2:30 PM~~ 3:00. The Parties are to immediately inform the Court if the present litigation is resolved before then.

**SO ORDERED.**

Dated: _____            _____
                                                                    HON. SUSAN ILLSTON
                                                                    United States District Judge

-1-
Order to Change Time Pursuant to Civil L.R. 6-2
(Case No. CV 09-03496 SI)