UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CITRIX SYSTEMS, INC., et al.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV 09-03496 SI<br><br>**[PROPOSED]**<br>**ORDER TO CHANGE TIME**<br>**PURSUANT TO CIVIL L.R. 6-2** |

Plaintiff and Counterdefendant PIXION, INC. ("Pixion") and Defendants and Counterclaimants CITRIX SYSTEMS, INC. and CITRIX ONLINE, LLC (collectively, "Citrix") have stipulated to and requested an order staying the litigation for an additional 60 days to allow for verification of certain information exchanged during the course of court-ordered private mediation. Having considered the stipulation and declarations set forth therein, the Court finds good cause appearing and hereby stays all further proceedings in this case until August 24, 2010. No discovery shall be served and no responses are due during that time nor shall any motions be filed with the Court during that time. The Parties are to appear for a further case management conference on _Sept. 3_____, 2010 at 3:00 PM. The Parties are to immediately inform the Court if the present litigation is resolved before then.

**SO ORDERED.**

Dated: _____        _____
                                  HON. SUSAN ILLSTON
                                  United States District Judge