ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, CA  94025
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for Plaintiff and Counterdefendant
PIXION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC.,<br><br>     Plaintiff and Counterdefendant,<br><br>v.<br><br>CITRIX SYSTEMS, INC., et al.,<br><br>     Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C09-03496 SI<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT |

   Plaintiff PIXION, INC. ("Pixion") and Defendants CITRIX SYSTEMS, INC., and CITRIX ONLINE, LLC ("Citrix") having stipulated to a continuance of the currently scheduled Case Management Conference and the hearing on Citrix' Motion to Enforce Settlement Agreement in order to conduct further mediation proceedings having been presented to the Court, and good cause appearing therefore, the Court continues the Case Management Conference and the hearing on Citrix' Motion to Enforce Settlement Agreement from November 2, 2010 to December 9, 2010 at 3:00 p.m.

   IT IS SO ORDERED.

Dated: November 1, 2010

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge