| | |
|---|---|
| ROBERT J. YORIO (SBN 93178) | TERRY W. AHEARN (SBN 216543) |
| yorio@carrferrell.com | tahearn@mwe.com |
| COLBY B. SPRINGER (SBN 214868) | McDERMOTT WILL & EMERY LLP |
| cspringer@carrferrell.com | 275 Middlefield Rd., Suite 100 |
| CHRISTINE S. WATSON (SBN 218006) | Menlo Park, California 94025 |
| cwatson@carrferrell.com | Telephone: (650) 815-7400 |
| CARR & FERRELL *LLP* | Facsimile: (650) 815-7401 |
| 120 Constitution Drive | |
| Menlo Park, California 94025 | SARAH CHAPIN COLUMBIA (Pro Hac Vice) |
| Telephone: (650) 812-3400 | scolumbia@mwe.com |
| Facsimile: (650) 812-3444 | LEIGH MARTINSON (Pro Hac Vice) |
| | lmartinson@mwe.com |
| Attorneys for Plaintiff and Counterdefendant | McDERMOTT WILL & EMERY LLP |
| PIXION, INC. | 28 State Street, 34th floor |
| | Boston, Massachusetts 02109 |
| | Telephone: (617) 535-4000 |
| | Facsimile: (617) 535-3800 |
| | |
| | Attorneys for Defendants and Counterclaimants |
| | CITRIX SYSTEMS, INC., and |
| | CITRIX ONLINE, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC., | CASE NO. C09-03496-SI (PVT-CRB) |
| Plaintiff, | *(RELATED CASE NO. C03-02909-SI)* |
| v. | **[PROPOSED] SCHEDULING ORDER** |
| CITRIX SYSTEMS, INC., et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

   Plaintiff Pixion, Inc. ("Pixion") and Defendants Citrix Systems, Inc. and Citrix Online, LLC (collectively referred to as "Citrix") hereby submit the following Scheduling Order governing this matter up to and including claim construction. Pixion and Citrix are collectively referred to herein as the "Parties."

| | | |
|---|---|---|
| 1 | Dated: December 13, 2010 | CARR & FERRELL *LLP* |

By: _____/s/ Colby B. Springer_____
ROBERT J. YORIO
COLBY B. SPRINGER
CHRISTINE S. WATSON

Attorneys for Plaintiff and Counterdefendant
PIXION, INC.

Dated: December 13, 2010                MCDERMOTT WILL & EMERY LLP


By:/s/ Terry Ahearn_____
TERRY W. AHEARN
FAY E. MORISSEAU
SARAH COLUMBIA
LEIGH MARTINSON

Attorneys for Defendants and Counterclaimants
CITRIX SYSTEMS, INC., and
CITRIX ONLINE, LLC


**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: December 13, 2010                  ____/s/ Colby B. Springer_____
                                          Colby B. Springer

**[PROPOSED] SCHEDULING ORDER**

IT IS HEREBY ORDERED that the following SCHEDULING ORDER is adopted by the Court for the case and that the Parties are directed to comply with this Order:

| Deadline | Nature of Discovery/Event |
|---|---|
| **December 17, 2010** | Last day for Pixion to file Amended Complaint. |
| **January 6, 2011** | Last day for Citrix to respond to Pixion's Amended Complaint. |
| **January 20, 2011** | Pixion to serve "Disclosure of Asserted Claims and Infringement Contentions" with Document Production (PLR 3-1 & 3-2). |
| **March 10, 2011** | Citrix to serve "Invalidity Contentions" with Document Production (PLR 3-3 & 3-4). |
| **March 24, 2011** | Mutual Exchange of Claim Terms for Construction (PLR 4-1(a)). |
| **April 14, 2011** | Exchange Proposed Constructions for Each Term identified by the Parties, including Intrinsic and Extrinsic Evidence Supporting each Construction (PLR 4-2). |
| May 6, 2011 | Further Case Management Conference |
| **May 12, 2011** | Parties file Joint Claim Construction & Prehearing Statement (PLR 4-3). |
| **June 9, 2011** | Claim Construction Discovery Completed (PLR 4-4). |
| **June 30, 2011** | Pixion to file and serve Opening Brief with supporting evidence re claim construction (PLR 4-5(a)). |
| **July 14, 2011** | Citrix to file and serve Responsive Brief with supporting evidence regarding claim construction (PLR 4-5(b)). |
| **July 21, 2011** | Pixion to file and serve Reply Brief with supporting evidence regarding claim construction (PLR 4-5(c)). |
| **August 4, 2011** | Claim Construction Tutorial, if requested by the Court. |
| **August 5, 2011** | Claim Construction Hearing (PLR 4-6). |
| TBD | Fact Discovery on Damages opens. |
| TBD | Fact Discovery closes on all issues, including Damages. All fact discovery shall be initiated so as to be complete on or before this date. |

-3-
[Proposed] Scheduling Order
(Case No. C09-03496 SI)

| | | |
|---|---|---|
| 1 | 75 Days after Claim Construction Order: | Designation of Experts |
| 3 | 105 Days after Claim Construction Order: | Expert Reports Exchanged (on any matter on which a party bears the burden of proof). |
| 5 | 145 Days after Claim Construction Order: | Responsive Expert Reports Exchanged. |
| 7 | 170 Days after Claim Construction Order: | Expert Discovery Completed. |
| 9 | 45 Days after Expert Discovery Closes: | Last Day to File Dispositive Motions. |
| 11 | TBD | Pretrial Conference |
| 12 | TBD | File Joint Pretrial Conference Statement and Pretrial Disclosures (identification of witnesses, deposition designations and proposed trial exhibits) |
| 14 | TBD | File and Serve Objections to Pretrial Disclosures |
| 15 | TBD | Deadline to File Motions In Limine |
| 16 | TBD | Deadline to File and Serve Proposed Voir Dire, Proposed Jury Instructions, Proposed Verdict Forms, Joint Proposed Findings of Fact and Separate Disputed Findings of Fact and Conclusions of Law |
| 18 | TBD | Deadline to Serve Subpoenas for Attendance at Trial |
| 19 | TBD | Final Pretrial Conference |
| 20 | TBD | Proposed Trial Date (expected to last 10-15 court days). |

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE