ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff and Counterdefendant
PIXION, INC.

TERRY W. AHEARN (SBN 216543)
tahearn@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Rd., Suite 100
Menlo Park, California 94025
Telephone: (650) 815-7400
Facsimile:  (650) 815-7401

SARAH CHAPIN COLUMBIA (Pro Hac Vice)
scolumbia@mwe.com
LEIGH MARTINSON (Pro Hac Vice)
lmartinson@mwe.com
McDERMOTT WILL & EMERY LLP
28 State Street, 34th floor
Boston, Massachusetts 02109
Telephone: (617) 535-4000
Facsimile:  (617) 535-3800

Attorneys for Defendants and Counterclaimants
CITRIX SYSTEMS, INC., and
CITRIX ONLINE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC., et al.,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV09-03496-SI (PVT-CRB)<br><br>*Consolidated* CASE NO. CV11-00694-SI<br><br>*Related* CASE NO. C03-02909-SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:         May 6, 2011<br>Time:        3:00 p.m.<br>Courtroom:  10, 19th Floor<br>Judge:       Hon. Susan Illston |

      Plaintiff PIXION, INC. ("Pixion") and Defendants CITRIX SYSTEMS, INC., and CITRIX ONLINE, LLC ("Citrix") having stipulated to a continuance of the currently scheduled Case Management Conference, and good cause appearing therefore, the Court continues the *Case Management Conference* scheduled for May 6, 2011 at 3:00 p.m. for ninety (90) days, until August

5, 2011 or at the convenience of the Court, and postponing resolution of the scope of the consolidation until that time.

IT IS SO ORDERED.

Dated: May 5, 2011

HONORABLE SUSAN ILLSTON
United States District Court Judge