1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>CITRIX SYSTEMS, INC.,<br><br>          Defendants. | CASE NO. CV 09-03496 SI<br><br>[PROPOSED]<br>ORDER GRANTING PLAINTIFF PIXION, INC.'S UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED.R.CIV.P. 42(a) AND AMENDING SCHEDULING ORDER |
| PIXION, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>CITRIX SYSTEMS, INC., et al.,<br><br>          Defendants. | CASE NO. CV 11-00694 SI |

Good cause having been shown based on the content of the unopposed Motion to Consolidate of Pixion, Inc., the Court hereby GRANTS the Motion to Consolidate *Pixion, Inc. v. Citrix Systems, Inc., et. al.*, Case No. CV 09-03496 SI ("*Pixion I*"), and *Pixion, Inc. v. Citrix Systems, Inc. et al.*, Case No. CV 11-00694 SI ("*Pixion II*") through trial [claim construction].

**IT IS SO ORDERED.**

IT IS HEREBY FURTHER ORDERED that the following AMENDED SCHEDULING ORDER is adopted by the Court for the case and that the Parties are directed to comply with this Order:

| Nature of Discovery/Event | Previous Deadlines | New Deadlines |
|---|---|---|
| Last day for Pixion to file Amended Complaint | December 17, 2010 | No change |
| Last day for Citrix to respond to Pixion's Amended Complaint | January 6, 2011 | No change |
| Pixion to serve "Disclosure of Asserted Claims and Infringement Contentions" with Document Production (PLR 3-1 & 3-2) | January 20, 2011 | March 24, 2011 |
| Further Case Management Conference | May 6, 2011 | May 6, 2011 |
| Citrix to serve "Invalidity Contentions" with Document Production (PLR 3-3 & 3-4) | March 10, 2011 | May 12, 2011 |
| Mutual Exchange of Claim Terms for Construction (PLR 4-1(a)) | March 24, 2011 | May 26, 2011 |
| Exchange Proposed Constructions for Each Term identified by the Parties, including Intrinsic and Extrinsic Evidence Supporting each Construction (PLR 4-2) | April 14, 2011 | June 16, 2011 |
| Parties file Joint Claim Construction & Prehearing Statement (PLR 4-3) | May 12, 2011 | July 14, 2011 |
| Claim Construction Discovery Completed (PLR 4-4) | June 9, 2011 | August 11, 2011 |
| Pixion to file and serve Opening Brief with supporting evidence re claim construction (PLR 4-5(a)) | June 30, 2011 | September 1, 2011 |
| Citrix to file and serve Responsive Brief with supporting evidence regarding claim construction (PLR 4-5(b)) | July 14, 2011 | September 15, 2011 |

| | Nature of Discovery/Event | Previous Deadlines | New Deadlines |
|---|---|---|---|
| 1 | | | |
| 2, 3 | Pixion to file and serve Reply Brief with supporting evidence regarding claim construction (PLR 4-5(c)) | July 21, 2011 | September 22, 2011 |
| 4 | Claim Construction Tutorial, if requested by the Court | August 4, 2011 | October 6, 2011 [handwritten: 10/5 wed thus] |
| 5 | Claim Construction Hearing (PLR 4-6) | August 5, 2011 | October 7, 2011 [handwritten: 10/6] |
| 6 | Fact Discovery on Damages opens | TBD | TBD |
| 7, 8 | Fact Discovery closes on all issues, including Damages. All fact discovery shall be initiated so as to be complete on or before this date. | TBD | TBD |
| 9, 10, 11 | Designation of Experts | 75 Days after Claim Designation of Experts Construction Order | 75 Days after Claim Designation of Experts Construction Order |
| 12, 13 | Expert Reports Exchanged (on any matter on which a party bears the burden of proof) | 105 Days after Claim Construction Order | 105 Days after Claim Construction Order |
| 14, 15 | Responsive Expert Reports Exchanged | 145 Days after Claim Construction Order | 145 Days after Claim Construction Order |
| 16, 17 | Expert Discovery Completed | 170 Days after Claim Construction Order | 170 Days after Claim Construction Order |
| 18, 19 | Last Day to File Dispositive Motions | 45 Days after Expert Discovery Closes | 45 Days after Expert Discovery Closes |
| 20 | Pretrial Conference | TBD | TBD |
| 21, 22 | File Joint Pretrial Conference Statement and Pretrial Disclosures (identification of witnesses, deposition designations and proposed trial exhibits) | TBD | TBD |
| 23 | File and Serve Objections to Pretrial Disclosures | TBD | TBD |
| 24 | Deadline to File Motions *In Limine* | TBD | TBD |
| 25, 26, 27 | Deadline to File and Serve Proposed Voir Dire, Proposed Jury Instructions, Proposed Verdict Forms, Joint Proposed Findings of Fact and Separate Disputed Findings of Fact and Conclusions of Law | TBD | TBD |
| 28 | Deadline to Serve Subpoenas for Attendance at Trial | TBD | TBD |

| Nature of Discovery/Event | Previous Deadlines | New Deadlines |
|---|---|---|
| Final Pretrial Conference | TBD | TBD |
| Proposed Trial Date (expected to last 10-15 court days) | TBD | TBD |

**IT IS SO ORDERED.**

Dated: 5/18/11

HON. SUSAN ILLSTON
United States District Judge

*[handwritten annotation:]* Because consolidation close case 11-697

{00506744v3}

-4-

Order Granting Pixion, Inc.'s Unopposed Mot. to Consolidate Related Cases and Amend the Scheduling Order