# EXHIBIT B

**Exhibit B – Joint Claim Construction Chart for Disputed Terms (Patent Local Rule 4-3(b))**

| Claim term, phrase, or clause | Pixion's Construction | Pixion's Support | Citrix's Construction | Citrix's Support[1] |
|---|---|---|---|---|
| "conference server" | "a computer or several networked computers running conferencing software and configured to provide conference data to at least one client" | '515 Patent at 2:24-29; 10:44-49. | "a computer or several networked computers that provide conference data to a client computer after receiving the client's current capabilities" | *Specification Support*: Col. 2, lines 23-31, '191 Patent; Col. 3, lines 23-35, '191 Patent; Col. 10, lines 31-36, '191 Patent; Col. 18, lines 39-45, '191 Patent. <br><br> *'191 File History Support*: Second Paragraph, Page 16 of Office Action Response Labeled "Amendment A" filed on May 22, 2006; First Paragraph, Page 14 of Office Action Response Labeled "Amendment B" filed on July 27, 2006; Last Paragraph, Page 11 of Office Action Response Labeled "Amendment D" filed on April 16, 2007; and First |

---

[1] The parties are construing terms from five asserted patents, all of which share a common specification. Rather than repeating the same sections of the specifications, with slightly different column and line numbers, Citrix makes reference to the column and line numbers of the '191 and/or '515 patent. Where support from the prosecution histories is relied upon, reference is made to the specific prosecution history referenced.

| Claim term, phrase, or clause | Pixion's Construction | Pixion's Support | Citrix's Construction | Citrix's Support[1] |
|---|---|---|---|---|
| | | | | Paragraph, Page 12 of Office Action Response Labeled "Amendment D" filed on April 16, 2007.<br><br>*'515 File History Support*:<br>First Paragraph, Page 12 of Office Action Response Labeled "Amendment D" filed on April 16, 2007. |
| "characteristics of the provided conferencing data"<br><br>"characteristics of conferencing data" | "qualities, properties, or attributes inherent in or ascribed to [the provided] conferencing data" | '515 Patent FH – April 27, 2006 Amendment at 13 (PIX000207). | "qualities properties, or attributes of the provided conferencing data (i.e., size, content, rate of transmission and reception)" | *'19 File History Support*:<br>Second Paragraph, Page 8 of Office Action Response Labeled "Amendment A" filed on May 22, 2006; First Paragraph, Page 9 of Office Action Response Labeled "Amendment A" filed on may 22, 2006; Second Paragraph, Page 10 of Office Action Response Labeled "Amendment A" filed on May 22, 2006; Third Paragraph, Page 10 of Office |

| Claim term, phrase, or clause | Pixion's Construction | Pixion's Support | Citrix's Construction | Citrix's Support[1] |
|---|---|---|---|---|
| | | | | Action Response Labeled "Amendment A" filed on May 22, 2006.<br><br>*'515 File History Support*:<br>Third Paragraph, Page 13 of Office Action Response Labeled "Amendment A" filed on April 24, 2006; Second Paragraph, Page 14 of Office Action Response Labeled "Amendment A" filed on April 24, 2006; Third Paragraph, Page 17 of Office Action Response Labeled "Amendment A" filed on April 24, 2006. |
| "capabilities of the at least one client" | "client parameters relating to resources available to the client" | '515 Patent at 3:25-49; 9:58-60; 10:1-2; 10:33-37; 13:55-59; 14:44-48; 16:44-47; 18:58-61; 19:29-61; 22:58-61; 28:15-30; 29:50-57. | "the client's display bit-depth, bandwidth of the connection between the client and the conference server, processor speed of the client, and the amount of memory available to each client confirmed | *Specification Support*:<br>Col. 3, lines 23-37, '515 Patent; Col. 18, lines 58-64, '515 Patent.<br><br>*'191 File History Support*:<br>Second Paragraph, Page 16 of Office Action |

| Claim term, phrase, or clause | Pixion's Construction | Pixion's Support | Citrix's Construction | Citrix's Support[1] |
|---|---|---|---|---|
| | | | by the conference server after to the client connects to the conferencing server" | Response Labeled "Amendment A" filed on May 22, 2006; First Paragraph, Page 14 of Office Action Response Labeled "Amendment B" filed on July 27, 2006; First Paragraph, Page 11 of Office Action Response Labeled "Amendment D" filed on April 16, 2007.<br><br>*'515 File History Support*:<br><u>First Paragraph, Page 15 of Office Action Response Labeled "Amendment A" filed on April 24, 2006; Third Paragraph, Page 17 of Office Action Response Labeled "Amendment A" filed on April 24, 2006; Third Paragraph, Page 11 of Office Action Response Labeled "Amendment C" filed on August 25, 2006; Fourth Paragraph,</u> |

| Claim term, phrase, or clause | Pixion's Construction | Pixion's Support | Citrix's Construction | Citrix's Support[1] |
|---|---|---|---|---|
| | | | | Page 11 onto Page 12 of Office Action Response Labeled "Amendment C" filed on August 25, 2006; First Paragraph, Page 12 Office Action Response Labeled "Amendment D" filed on April 16, 2007. |
| "client or server information" | This term should be construed according to the plain and ordinary meaning of its constituent words. | | "client or server system parameters (i.e., display bit-depth, bandwidth of the connection between client and the conference server, processor speed of the client, and the amount of memory available to each client) that result from querying the client or server" | *Specification Support*: Col. 3, lines 23-27, '191 Patent; Col. 18, lines 39-45, '191 Patent; Col. 18, line 66 – Col. 19, line 4, '191 Patent; Col. 28, lines 46-50, '191 Patent; Col. 23, lines 49-63, '191 Patent.<br><br>*'191 File History Support*:<br>Third Paragraph, Page 9 of Office Action Response Labeled "Amendment A" filed on May 22, 2006; Fourth Paragraph, Page 9 of Office Action Response Labeled "Amendment A" filed on May 22, 2006; First |

| Claim term, phrase, or clause | Pixion's Construction | Pixion's Support | Citrix's Construction | Citrix's Support[1] |
|---|---|---|---|---|
| | | | | Paragraph, Page 16 of Office Action Response Labeled "Amendment A" filed on May 22, 2006; Second Paragraph, Page 16 of Office Action Response Labeled "Amendment A" filed on May 22, 2006; Third Paragraph, Page 16 of Office Action Response Labeled "Amendment A" filed on May 22, 2006 and Second Paragraph, Page 14 of Office Action Response Labeled "Amendment B" filed on July 27, 2006; First Paragraph, Page 14 of Office Action Response Labeled "Amendment B" filed on July 27, 2006; Third Paragraph, Page 12 of Office Action Response Labeled "Amendment C" filed on August 25, 2006; First Paragraph, Page 11 of Office |

| Claim term, phrase, or clause | Pixion's Construction | Pixion's Support | Citrix's Construction | Citrix's Support[1] |
|---|---|---|---|---|
| | | | | Action Response Labeled "Amendment D" filed on April 16, 2007.<br><br>*See* dependent claims 12-28, 31, 32, 36, 38, 39, 41, & 42. |
| "publishing"<br><br>"published" | "making/made known, findable, or locatable" | '489 Patent at 8:47- 54. | "finding or being told information" | *Specification support*: FIG. 2, FIG. 11, and FIG. 13 – FIG. 20, '191 Patent; Col. 8, lines 47-65, '191 Patent; Col. 54, lines 14-44, '191 Patent; Col. 33, lines 30-36, '191 Patent.<br><br>*Extrinsic Support*: Webster's Third New International Dictionary of the English Language, Unabridged definition of "publish." |
| "receiving indicia from a client device" | "receiving a sign from a client device" | Webster's New Encyclopedic Dictionary (1993) at 509 – definition of "indicia" | "receiving a communication from a client device" | *Specification support*: FIG. 2, '191 Patent; Col. 2, lines 23-52, '191 Patent; Col. 9 lines, 11-15, '191 Patent; Col. 15, lines 22-27, '191 Patent; |

| Claim term, phrase, or clause | Pixion's Construction | Pixion's Support | Citrix's Construction | Citrix's Support[1] |
|---|---|---|---|---|
| | | indicia … [Latin, pl. of *indicium* "sign", from *indicare* "to indicate"] | | Col. 30, lines 29-44, '191 Patent. |
| "receiving information allowing for conference attendance"<br><br>"the receipt of information allowing for conference attendance" | This term should be construed according to the plain and ordinary meaning of its constituent words. | | "receiving a key from the client computer to validate the client computer" | *Specification Support*: FIG. 2, '191 Patent; Col. 30, lines 29-44, '191 Patent. |