| | |
|---|---|
| 1 | TERRY W. AHEARN (SBN: 216543) |
|   | tahearn@mwe.com |
| 2 | McDERMOTT WILL & EMERY LLP |
|   | 275 Middlefield Rd., Suite 100 |
| 3 | Menlo Park, CA 94025 |
|   | Telephone:    650.815.7400 |
| 4 | Facsimile:     650.815.7401 |
| 5 | SARAH COLUMBIA (*Pro Hac Vice*) |
|   | scolumbia@mwe.com |
| 6 | LEIGH MARTINSON (*Pro Hac Vice*) |
|   | lmartinson@mwe.com |
| 7 | McDERMOTT WILL & EMERY LLP |
|   | 28 State Street, 34th floor |
| 8 | Boston, MA 02109-1775 |
|   | Telephone:    617.535.4000 |
| 9 | Facsimile:     617.535.3800 |
| 10 | Attorneys for Defendants and Counter-Plaintiffs |
|    | CITRIX SYSTEMS, INC., a Delaware Corporation, |
| 11 | and CITRIX ONLINE, LLC, a Delaware limited |
|    | liability company |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC., a Delaware corporation, | CASE NO.  3:09-cv-03496-SI |
| Plaintiff/Counter-Defendants, | *Consolidated* Case No. CV11-00694-SI |
| | ELECTRONIC CASE FILING |
| v. | |
| CITRIX SYSTEMS, INC., a Delaware Corporation, CITRIX ONLINE, LLC, a Delaware limited liability company, | [~~PROPOSED~~] ORDER GRANTING CITRIX'S UNOPPOSED MOTION TO EXTEND THE CLAIM CONSTRUCTION BRIEFING SCHEDULE |
| Defendants/Counter-Plaintiffs. | |
| AND RELATED COUNTERCLAIMS | |

Good cause having been shown therefore, Citrix's Unopposed Motion to Extend the Claim Construction Briefing Schedule is **GRANTED**. Accordingly, the briefing schedule is amended as follows:

| **Event** | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Citrix to file and serve Responsive Brief with supporting evidence regarding claim construction (PLR 4-5(b) | September 15, 2011 | September 19, 2011 |
| Pixion to file and serve Reply Brief with supporting evidence regarding claim construction (PLR 4-5(c)) | September 22, 2011 | September 26, 2011 |

**IT IS SO ORDERED**

Dated: _____9/16_____, 2011

_____
The Honorable Susan B. Illston
United States District Judge

DM_US 30024752-4.082125.0013

[Proposed] Order Granting Citrix's Unopposed Motion to Extend the Claim Construction Briefing Schedule
- 2 -
CASE NO. 3:09-CV-03496-SI