UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC., a Delaware corporation,<br><br>　　　　Plaintiff/Counter-Defendants,<br><br>　v.<br><br>CITRIX SYSTEMS, INC., a Delaware Corporation, CITRIX ONLINE, LLC, a Delaware limited liability company,<br><br>　　　　Defendants/Counter-Plaintiffs. | CASE NO.  3:09-cv-03496-SI<br><br>*Consolidated* Case No. CV11-00694-SI<br><br>ELECTRONIC CASE FILING<br><br>[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT FOR MARKMAN TUTORIAL AND HEARING |
| **AND RELATED COUNTERCLAIMS** | |

During the technology tutorial and *Markman* hearing before District Judge Susan Illston scheduled for October 5, 2011, Citrix Systems, Inc. and Citrix Online, LLC ("Citrix") and Pixion Inc. ("Pixion") intend to utilize certain additional audiovisual equipment to present background information and argument regarding the issues to be decided by the Court.

Accordingly, IT IS HEREBY ORDERED that:

Citrix and Pixion may bring the following equipment and other items into the courtroom:

　　(a)　Two laptops (Andrew Guevara)

　　(b)　Three laptops (Terry Ahearn)

　　(c)　Two laptops (Christopher Grewe)

　　(d)　One projector;

　　(e)　One projector stand;

　　(f)　One 8-foot screen;

　　(g)　One video switch;

　　(h)　Miscellaneous cables and connectors.

1  Citrix and Pixion may have access to the courtroom to set up the above equipment starting
2  at 10 a.m. on the morning of October 4, 2011 and beginning at 8:00 a.m. on October 5, 2011 so
3  that the parties will be prepared to proceed with argument at its scheduled time of 10:30 a.m. on
4  October 5, 2011.

6  Dated: 10/3/11

_____
HON. SUSAN ILLSTON
United States District Judge

**PROPOSED ORDER RE EQUIPMENT**     - 2 -     **CASE NO.: 3:09-cv-03496-SI**