IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIXION, INC., | No. C 09-03496 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITRIX SYSTEMS, INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 27, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 31, 2012 (reports due: 2/14/12)

DESIGNATION OF EXPERTS: 1/6/12 (REPORTS DUE: 2/14/12), REBUTTAL REPORTS: 3/26/12

Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 19, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by June 8, 2012;

Opp. Due June 22, 2012; Reply Due June 29, 2012;

and set for hearing no later than July 13, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 21, 2012 at 3:30 PM.

JURY TRIAL DATE: October 1, 2012 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  12  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel continue to discuss settlement.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/21/11

SUSAN ILLSTON
United States District Judge