| | |
|---|---|
| COLBY B. SPRINGER<br>cspringer@lrlaw.com<br>LEWIS AND ROCA LLP<br>2440 West El Camino Real, 6th floor<br>Mountain View, CA 94040<br>Tel:  650.391.1394<br>Fax:  650.391.1395<br><br>NATHANIEL W. EDWARDS<br>nedwards@lrlaw.com<br>SHANE E. OLAFSON<br>solafson@lrlaw.com<br>LEWIS & ROCA LLP<br>40 N. Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>Tel:  602.262.5367<br>Fax:  602.748.2530<br><br>ROBERT J. YORIO<br>yorio@carrferrell.com<br>CHRISTOPHER P. GREWE<br>cgrewe@carrferrell.com<br>RICHARD CHAE<br>rchae@carrferrell.com<br>CARR & FERRELL LLP<br>120 Constitution Drive<br>Menlo Park, CA 94025<br>Tel:  650.812.3400<br>Fax:  650.812.3444<br><br>Attorneys for Plaintiff<br><br>PIXION, INC. | TERRY W. AHEARN (SBN:  216543)<br>tahearn@mwe.com<br>BRYAN K. JAMES (SBN:  260753)<br>bjames@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Rd., Suite 100<br>Menlo Park, CA 94025<br>Telephone:     650.815.7400<br>Facsimile:     650.815.7401<br><br>SARAH COLUMBIA (*Pro Hac Vice*)<br>scolumbia@mwe.com<br>LEIGH MARTINSON (*Pro Hac Vice*)<br>lmartinson@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>28 State Street, 34th floor<br>Boston, MA 02109-1775<br>Telephone:     617.535.4000<br>Facsimile:     617.535.3800<br><br>Attorneys for Defendants and Counter-Plaintiffs<br><br>CITRIX SYSTEMS, INC., a Delaware Corporation, and CITRIX ONLINE, LLC, a Delaware limited liability company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Stipulated Request for Order Changing Time                                        CASE NO.  3:09-CV-03496-SI

| | |
|---|---|
| PIXION, INC., a Delaware corporation,<br><br>　　　　Plaintiff/Counter-Defendants,<br><br>v.<br><br>CITRIX SYSTEMS, INC., a Delaware Corporation, CITRIX ONLINE, LLC, a Delaware limited liability company,<br><br>　　　　Defendants/Counter-Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.  3:09-cv-03496-SI<br><br>*Consolidated* Case No. CV11-00694-SI<br><br>ELECTRONIC CASE FILING<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME** |

WHEREAS, by order dated December 21, 2011, the Court set a Pretrial Schedule;

WHEREAS, the parties need additional time to complete fact discovery, specifically the scheduling of depositions;

WHEREAS, the requested time modifications will not affect on the Court's previous Order (Dkt. No. 96) setting the time for dispositive motions and trial;

THEREFORE, pursuant to Local Rule 6-2, and subject to the approval of this Court, the parties, through their undersigned counsel, hereby stipulate and agree that:

The Pretrial Schedule be amended as follows:

| **Old Deadline** | **New Deadline** | **Nature of Discovery/Event** |
|---|---|---|
| January 16, 2012 | ***February 1, 2012*** | Designation of Experts |
| January 31, 2012 | ***February 14, 2012*** | Fact Discovery closes on all issues, including Damages.  All fact discovery shall be initiated so as to be complete on or before this date. |
| February 14, 2012 | ***March 6, 2012*** | Expert Reports Exchanged (on any matter on which a party bears the burden of proof). |
| March 26, 2012 | ***April 9, 2012*** | Responsive Expert Reports Exchanged |
| April 19, 2012 | ***May 11, 2012*** | Expert Discovery Completed |

| Old Deadline | New Deadline | Nature of Discovery/Event |
|---|---|---|
| April 27, 2012 | Same | Further CMC at 3:00pm (joint CMC statement due April 20, 2012) |
| June 8, 2012 | Same | Last Day to File Dispositive Motions |
| June 22, 2012 | Same | Oppositions to Dispositive Motions |
| June 29, 2012 | Same | Replies to Dispositive Motions |
| July 13, 2012 | Same | Hearing on Dispositive Motions |
| August 21, 2012 | Same | Pretrial Conference |
| October 1, 2012 | Same | Proposed Trial Date (expected to last 12 court days). |

| | | |
|---|---|---|
| 1 | Dated: January 18, 2012 | McDERMOTT WILL & EMERY LLP |
| 2 | | |
| 3 | | By: /s/ Terry W. Ahearn |
| 4 | | Terry W. Ahearn<br>Bryan K. James<br>Sarah Columbia (*pro hac vice*) |
| 5 | | Leigh Martinson (*pro hac vice*) |
| 6 | | Attorneys for Defendants and Counter-Plaintiffs |
| 7 | | |
| 8 | | *Citrix Systems, Inc. and*<br>*Citrix Online, LLC* |
| 9 | | |
| 10 | Dated: January 18, 2012 | LEWIS AND ROCA LLP |
| 11 | | |
| 12 | | By: /s/ Colby B. Springer |
| 13 | | Colby B. Springer<br>Nathaniel W. Edwards |
| 14 | | Shane E. Olafson |
| 15 | | CARR & FERRELL LLP<br>Robert J. Yorio |
| 16 | | Christopher P. Grewe<br>Richard Chae |
| 17 | | |
| 18 | | Attorneys for Plaintiff<br>*Pixion, Inc.* |

Stipulated Request for Order Changing Time      - 4 -       CASE NO. 3:09-CV-03496-SI

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Terry W. Ahearn, attest that concurrence in the filing of this document has been obtained.

Dated:  January 18, 2012

           /s/ Terry W. Ahearn

Terry W. Ahearn

**[PROPOSED]ORDER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED. ~~Further, a telephone conference is hereby ORDERED for~~ _____

Dated:  __1/19__, 2012    _____

Honorable Judge Susan Illston
United States District Court Judge

# **CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on January 18, 2012, with a copy of this document via the Court's CM/ECF system.

Dated: January 18, 2012

                                                       /s/ Terry W. Ahearn

                                                       Terry W. Ahearn

DM_US 31477553-1.082125.0013

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park