1   TERRY W. AHEARN (SBN:  216543)
    tahearn@mwe.com
2   BRYAN K. JAMES (SBN:  260753)
    bjames@mwe.com
3   McDERMOTT WILL & EMERY LLP
    275 Middlefield Rd., Suite 100
4   Menlo Park, CA 94025
    Telephone:     650.815.7400
5   Facsimile:     650.815.7401

6   SARAH COLUMBIA (*Pro Hac Vice*)
    scolumbia@mwe.com
7   LEIGH MARTINSON (*Pro Hac Vice*)
    lmartinson@mwe.com
8   McDERMOTT WILL & EMERY LLP
    28 State Street, 34th floor
9   Boston, MA 02109-1775
    Telephone:     617.535.4000
10  Facsimile:     617.535.3800

11  Attorneys for Defendants and Counter-Plaintiffs
    CITRIX SYSTEMS, INC., a Delaware Corporation,
12  and CITRIX ONLINE, LLC, a Delaware limited
    liability company

13

14

15

16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

17  PIXION, INC., a Delaware corporation,

18          Plaintiff/Counter-
            Defendants,
19
            v.
20
    CITRIX SYSTEMS, INC., a Delaware
21  Corporation, CITRIX ONLINE, LLC, a
    Delaware limited liability company,
22
            Defendants/Counter-
23          Plaintiffs.

24

25  AND RELATED COUNTERCLAIMS

26

27

28

CASE NO.  3:09-cv-03496-SI

*Consolidated* Case No. CV11-00694-SI

ELECTRONIC CASE FILING

**CITRIX SYSTEMS, INC. AND CITRIX
ONLINE, LLC'S NOTICE AND MOTION
FOR LEAVE TO AMEND
COUNTERCLAIMS**

Date: April 6, 2012
Time: 9:00 a.m.
Venue: 10, 19th Floor
Before: Hon. Susan Illston

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

Citrix Systems, Inc. and Citrix Online, LLC's
Notice and Motion for Leave to Amend
Counterclaims

CASE NO.  3:09-CV-03496-SI

1

## NOTICE OF MOTION AND MOTION

2      PLEASE TAKE NOTICE THAT on April 6, 2012, at 9:00 a.m., before the Honorable

3   Judge Susan Illston of the United States District Court for the Northern District of California, 450

4   Golden Gate Avenue, San Francisco, California, Courtroom 10, Citrix Systems, Inc. and Citrix

5   Online, LLC. ("Citrix"), by and through its counsel of record, will, and hereby do, move the

6   Court, for an order for leave to file amended counterclaims pursuant to Federal Rules of Civil

7   Procedure 15(a)(2) and 16(b)(4).

8      Citrix seeks leave to amend its counterclaims in Citrix's Answer to Second Amended

9   Complaint and Counterclaims.  This amendment became necessary following the deposition of

10   Peter Madams – one of the named inventors of all the patents-in-suit – in conjunction with the

11   production of Pixion documents that taken together establish that Pixion believed a certain prior

12   art reference central to Citrix's invalidity case – CUSeeMe software – to be highly material to the

13   patents-in-suit that Pixion failed to disclose to the United States Patent Office during the

14   prosecution of the patents-in-suit.  Citrix's Amended Counterclaims are attached as Exhibit 1 to

15   the Declaration of Terry W. Ahearn In Support of Citrix's Motion for Leave to Amend

16   Counterclaims ("Ahearn Decl.").

17      This Motion is based on this Notice of Motion and Motion, the accompanying points and

18   authorities, as well as the Declaration of Terry W. Ahearn In Support of Citrix's Motion for

19   Leave to Amend Counterclaims and exhibits in support hereof, any reply papers which may be

20   filed, and such other matters be brought before the Court prior to or at the hearing on this motion.

21   DATED:  February 28, 2012                  MCDERMOTT WILL & EMERY LLP

22

23                                             By:  /s/ Terry W. Ahearn

24                                             Attorney for Defendants and Counter-Plaintiffs

25                                             *Citrix Systems, Inc. and Citrix Online, LLC.*

26
DM_US 31887672-5.082125.0013
27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

Citrix Systems, Inc. and Citrix Online, LLC's
Notice and Motion for Leave to Amend          -2-          CASE NO.  3:09-CV-03496-SI
Counterclaims