1  TERRY W. AHEARN (SBN: 216543)
   tahearn@mwe.com
2  McDERMOTT WILL & EMERY LLP
   275 Middlefield Rd., Suite 100
3  Menlo Park, CA 94025
   Telephone:  650.815.7400
4  Facsimile:   650.815.7401

5  SARAH COLUMBIA (*Pro Hac Vice*)
   scolumbia@mwe.com
6  LEIGH MARTINSON (*Pro Hac Vice*)
   lmartinson@mwe.com
7  McDERMOTT WILL & EMERY LLP
   28 State Street, 34th floor
8  Boston, MA 02109-1775
   Telephone:  617.535.4000
9  Facsimile:   617.535.3800

10 Attorneys for Defendants and Counter-Plaintiffs
   CITRIX SYSTEMS, INC., a Delaware corporation,
11 and CITRIX ONLINE, LLC, a Delaware limited
   liability company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendants,<br><br>v.<br><br>CITRIX SYSTEMS, INC., a Delaware Corporation, CITRIX ONLINE, LLC, a Delaware limited liability company,<br><br>Defendants/Counter-Plaintiffs. | CASE NO.  3:09-cv-03496-SI<br><br>Related Case No. 3:03-cv-02909- SI<br><br>ELECTRONIC CASE FILING<br><br>Date:  November 2, 2010<br>Time:  9:00 a.m.<br>Courtroom 10, 19th floor<br>The Honorable Susan Illston<br><br>**NOTIFICATION OF LODGING** |
| AND RELATED COUNTERCLAIMS | |

Notification of Lodging

. 3:09-CV-03496-SI

## NOTIFICATION OF LODGING

Regarding:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CITRIX SYSTEMS, INC. AND CITRIX ONLINE, LLC'S MOTION FOR LEAVE TO AMEND COUNTERCLAIMS**

**DECLARATION OF TERRY W. AHEARN IN SUPPORT OF CITRIX'S MOTION FOR LEAVE TO AMEND COUNTERCLAIMS**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons(s):

☒   Item lodged Under Seal.

Dated: February 28, 2012                              McDERMOTT WILL & EMERY LLP

By:/s/ Terry W. Ahearn
    Terry W. Ahearn
    Sarah Columbia (*pro hac vice*)
    Leigh Martinson (*pro hac vice*)

    Attorneys for Defendants and Counter-Plaintiffs

    Citrix Systems, Inc. and
    Citrix Online, LLC

DM_US 31992046-1.082125.0013