1    COLBY B. SPRINGER (SBN 214868)
     cspringer@lrlaw.com
2    LEWIS AND ROCA LLP
     2440 W. El Camino Real, 6th Floor
3    Mountain View, CA  94040-1499
     Telephone:  (650) 391-1380
4    Facsimile:  (650) 391-1495

5    SHANE E. OLAFSON (admitted *pro hac vice*)
     solafson@lrlaw.com
6    NATHANIEL EDWARDS (admitted *pro hac vice*)
     nedwards@lrlaw.com
7    LEWIS AND ROCA LLP
     40 N. Central Ave., Suite 1900
8    Phoenix, AZ 85004
     Telephone: (602) 262-5311
9
     *Attorneys for Plaintiff and Counterdefendant*
10   *Pixion, Inc.*

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15   PIXION, INC.,

16                           Plaintiff,       CASE NO. C09-03496-SI (PVT-CRB)

17         vs.                                *(Consolidated CASE NO. C03-02909-SI)*

18   CITRIX SYSTEMS, INC., et al.,            **STIPULATED DEADLINE TO
                                              RESPOND TO DEFENDANTS'**
19                           Defendant.       **MOTION TO AMEND
                                              COUNTERCLAIM**
20

21   ─────────────────────────────

22   AND RELATED COUNTERCLAIMS

23

24         Pursuant to Local Civil Rule 7-12, the parties hereby stipulate that Pixion shall

25   have through and including March 14, 2012 to respond to Defendants' Motion to Amend

26   Counterclaims (Doc.107) and supporting documents (Doc. Nos. 106, 109-111).

27         This request will not affect the hearing date on this matter, which is currently set

28   for April 6, 2012 at 9:00 a.m.

Lewis and Roca LLP
2440 West El Camino Real
6th Floor
Mountain View, CA  94040-1499

                                                                        2757887.1

**STIPULATED DEADLINE TO RESPOND TO
MOTION TO AMEND COUNTERCLAIM**                    **CASE NO. CV 09-03496 SI**

1    Dated:  March 13, 2012

2

| LEWIS AND ROCA LLP | McDERMOTT WILL & EMERY LLP |
|---|---|
| By: /s/ *Colby B. Springer*<br>   COLBY B. SPRINGER (SBN 214868)<br>   cspringer@lrlaw.com<br>   LEWIS AND ROCA LLP<br>   2440 W. El Camino Real, 6th Floor<br>   Mountain View, CA  94040-1499<br><br>   SHANE OLAFSON (*pro hac vice*)<br>   solafson@lrlaw.com<br>   NATHANIEL EDWARDS (*pro hac vice*)<br>   nedwards@lrlaw.com<br>   LEWIS AND ROCA LLP<br>   40 N. Central Ave., Suite 1900<br>   Phoenix, AZ 85004<br><br>*Attorneys for Plaintiff and*<br>*Counterdefendant Pixion, Inc.* | By: /s/ *Terry W. Ahearn* (with permission)<br>   TERRY W. AHEARN (SBN: 216543)<br>   tahearn@mwe.com<br>   BRYAN K. JAMES (SBN: 260753)<br>   bjames@mwe.com<br>   McDERMOTT WILL & EMERY LLP<br>   275 Middlefield Rd., Suite 100<br>   Menlo Park, CA 94025<br><br>   SARAH COLUMBIA (*Pro Hac Vice*)<br>   scolumbia@mwe.com<br>   LEIGH MARTINSON (*Pro Hac Vice*)<br>   lmartinson@mwe.com<br>   McDERMOTT WILL & EMERY LLP<br>   28 State Street, 34th floor<br>   Boston, MA 02109-1775<br><br>*Attorneys for Defendants Citrix Systems,*<br>*Inc. and Citrix Online, LLC* |



IT IS SO ORDERED

Judge Susan Illston

1                                                                                      2757887.1

**STIPULATED DEADLINE TO RESPOND TO**
**MOTION TO AMEND COUNTERCLAIM**                                  **CASE NO. CV 09-03496 SI**