COLBY B. SPRINGER (SBN 214868)
cspringer@lrlaw.com
LEWIS AND ROCA LLP
2440 W. El Camino Real, 6th Floor
Mountain View, CA 94040-1499
Telephone: (650) 391-1380
Facsimile: (650) 391-1495

SHANE E. OLAFSON (admitted *pro hac vice*)
solafson@lrlaw.com
NATHANIEL EDWARDS (admitted *pro hac vice*)
nedwards@lrlaw.com
LEWIS AND ROCA LLP
40 N. Central Ave., Suite 1900
Phoenix, AZ 85004
Telephone: (602) 262-5311

*Attorneys for Plaintiff and Counterdefendant
Pixion, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC.,<br><br>                                Plaintiff,<br><br>          vs.<br><br>CITRIX SYSTEMS, INC., et al.,<br><br>                                Defendant.<br><br>———————————————————<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C09-03496-SI (PVT-CRB)<br><br>*(Consolidated CASE NO. C03-02909-SI)*<br><br>**STIPULATED DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO AMEND COUNTERCLAIM** |

Pursuant to Local Civil Rule 7-12, the parties hereby stipulate that Pixion shall have through and including March 14, 2012 to respond to Defendants' Motion to Amend Counterclaims (Doc.107) and supporting documents (Doc. Nos. 106, 109-111).

This request will not affect the hearing date on this matter, which is currently set for April 6, 2012 at 9:00 a.m.

2757887.1

Dated: March 13, 2012

| LEWIS AND ROCA LLP | McDERMOTT WILL & EMERY LLP |
|---|---|
| By: /s/ *Colby B. Springer*<br>COLBY B. SPRINGER (SBN 214868)<br>cspringer@lrlaw.com<br>LEWIS AND ROCA LLP<br>2440 W. El Camino Real, 6th Floor<br>Mountain View, CA 94040-1499<br><br>SHANE OLAFSON (*pro hac vice*)<br>solafson@lrlaw.com<br>NATHANIEL EDWARDS (*pro hac vice*)<br>nedwards@lrlaw.com<br>LEWIS AND ROCA LLP<br>40 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004<br><br>*Attorneys for Plaintiff and Counterdefendant Pixion, Inc.* | By: /s/ *Terry W. Ahearn* (with permission)<br>TERRY W. AHEARN (SBN: 216543)<br>tahearn@mwe.com<br>BRYAN K. JAMES (SBN: 260753)<br>bjames@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Rd., Suite 100<br>Menlo Park, CA 94025<br><br>SARAH COLUMBIA (*Pro Hac Vice*)<br>scolumbia@mwe.com<br>LEIGH MARTINSON (*Pro Hac Vice*)<br>lmartinson@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>28 State Street, 34th floor<br>Boston, MA 02109-1775<br><br>*Attorneys for Defendants Citrix Systems, Inc. and Citrix Online, LLC* |



IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lewis and Roca LLP
2440 West El Camino Real
6th Floor
Mountain View, CA 94040-1499

1

2757887.1

**STIPULATED DEADLINE TO RESPOND TO
MOTION TO AMEND COUNTERCLAIM**                                  **CASE NO. CV 09-03496 SI**