COLBY B. SPRINGER (SBN: 214868)
cspringer@lrlaw.com
LEWIS AND ROCA LLP
2440 West El Camino Real, 6th floor
Mountain View, CA 94040
Tel:  650.391.1394
Fax:  650.391.1395

NATHANIEL W. EDWARDS (*Pro Hac Vice*)
nedwards@lrlaw.com
SHANE E. OLAFSON (*Pro Hac Vice*)
solafson@lrlaw.com
LEWIS & ROCA LLP
40 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Tel:  602.262.5367
Fax:  602.748.2530

Attorneys for Plaintiff

PIXION, INC.

TERRY W. AHEARN (SBN:  216543)
tahearn@mwe.com
BRYAN K. JAMES (SBN:  260753)
bjames@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Rd., Suite 100
Menlo Park, CA 94025
Telephone:   650.815.7400
Facsimile:    650.815.7401

SARAH COLUMBIA (*Pro Hac Vice*)
scolumbia@mwe.com
LEIGH MARTINSON (*Pro Hac Vice*)
lmartinson@mwe.com
McDERMOTT WILL & EMERY LLP
28 State Street, 34th floor
Boston, MA 02109-1775
Telephone:   617.535.4000
Facsimile:    617.535.3800

Attorneys for Defendants and Counter-Plaintiffs

CITRIX SYSTEMS, INC., a Delaware Corporation, and CITRIX ONLINE, LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendants,<br><br>v.<br><br>CITRIX SYSTEMS, INC., a Delaware Corporation, CITRIX ONLINE, LLC, a Delaware limited liability company,<br><br>Defendants/Counter-Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.  3:09-cv-03496-SI<br><br>*Consolidated* Case No. CV11-00694-SI<br><br>ELECTRONIC CASE FILING<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PRETRIAL CONFERENCE** |

STIPULATED REQUEST TO CHANGE
TIME FOR PRETRIAL CONFERENCE

CASE NO.  3:09-CV-03496-SI

1  Pursuant to Local Rule 6-2, the parties jointly request that the time for Pretrial Conference
2  ordered by the December 21, 2011 Pretrial Preparation Order, Dkt. No. 96, be changed from
3  August 21, 2012, to September 11, 2012, or as sooner or later as the Court is available .
4  The Pretrial Preparation Order set a Pretrial Schedule.  Dkt. No. 96.  On January 19, 2012,
5  the Court amended the Pretrial Schedule.  Dkt. No. 101.  Pursuant to the current Pretrial
6  Schedule, the pretrial conference is set to take place on August 21, 2012.  The Court's Pretrial
7  Instructions require the parties to submit a joint Pretrial Statement fourteen days prior to the
8  Pretrial Conference on August 7, 2012.  The parties request additional time to prepare the joint
9  Pretrial Statement and participate in the Pretrial Conference.
10 Briefing on dispositive motions ends June 29, 2012.  The hearing on the parties'
11 dispositive motions is July 13, 2012.  The current schedule would require the parties to essentially
12 be ready for trial three weeks after the July 13th hearing and more than seven weeks before the
13 scheduled start of trial on October 1, 2012.  The parties believe they need more time to
14 accomplish the joint tasks outlined by the Court's Pretrial Instructions.
15 Pursuant to Local Rule 6-2, and subject to the approval of this Court, the parties, through
16 their undersigned counsel, hereby stipulate and request that the Court change the date for
17 participating in the Pretrial Conference from August 21, 2012, to September 11, 2012 or the next
18 best date available to the Court.

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

| | | |
|---|---|---|
| 1 | Dated: June 8, 2012 | McDERMOTT WILL & EMERY LLP |
| 3 | | By: /s/ Terry W. Ahearn |
| 4 | | Terry W. Ahearn |
| | | Bryan K. James |
| 5 | | Sarah Columbia (*pro hac vice*) |
| | | Leigh Martinson (*pro hac vice*) |
| 6 | | Attorneys for Defendants and Counter-Plaintiffs |
| 8 | | *Citrix Systems, Inc. and* |
| | | *Citrix Online, LLC* |
| 10 | Dated: June 8, 2012 | LEWIS AND ROCA LLP |
| 12 | | By: /s/ Colby B. Springer |
| | | Colby B. Springer |
| 13 | | Nathaniel W. Edwards |
| 14 | | Shane E. Olafson |
| 15 | | Attorneys for Plaintiff |
| | | *Pixion, Inc.* |

STIPULATED REQUEST TO CHANGE
TIME FOR PRETRIAL CONFERENCE    -3-    CASE NO. 3:09-CV-03496-SI

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Terry W. Ahearn, attest that concurrence in the filing of this document has been obtained.

Dated:  June 8, 2012

/s/ Terry W. Ahearn
Terry W. Ahearn

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing therefore,

IT IS SO ORDERED.

Dated: ___6/11/12___, 2012

_____
Honorable Judge Susan Illston
United States District Court Judge

DM_US 35788087-6.082125.0013