| | |
|---|---|
| COLBY B. SPRINGER (SBN: 214868)<br>cspringer@lrlaw.com<br>LEWIS AND ROCA LLP<br>2440 West El Camino Real, 6th floor<br>Mountain View, CA 94040<br>Tel: 650.391.1394<br>Fax: 650.391.1395<br><br>SHANE E. OLAFSON (*Pro Hac Vice*)<br>solafson@lrlaw.com<br>NATHANIEL W. EDWARDS (*Pro Hac Vice*)<br>nedwards@lrlaw.com<br>LEWIS & ROCA LLP<br>40 N. Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>Tel: 602.262.5367<br>Fax: 602.748.2530<br><br>Attorneys for Plaintiff<br><br>PIXION, INC. | TERRY W. AHEARN (SBN: 216543)<br>tahearn@mwe.com<br>BRYAN K. JAMES (SBN: 260753)<br>bjames@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Rd., Suite 100<br>Menlo Park, CA 94025<br>Telephone:   650.815.7400<br>Facsimile:   650.815.7401<br><br>SARAH COLUMBIA (*Pro Hac Vice*)<br>scolumbia@mwe.com<br>LEIGH MARTINSON (*Pro Hac Vice*)<br>lmartinson@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>28 State Street, 34th floor<br>Boston, MA 02109-1775<br>Telephone:   617.535.4000<br>Facsimile:   617.535.3800<br><br>Attorneys for Defendants and Counter-Plaintiffs<br><br>CITRIX SYSTEMS, INC., a Delaware Corporation, and CITRIX ONLINE, LLC, a Delaware limited liability company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC., a Delaware corporation,<br><br>　　　　Plaintiff/Counter-Defendants,<br><br>　　v.<br><br>CITRIX SYSTEMS, INC., a Delaware Corporation, CITRIX ONLINE, LLC, a Delaware limited liability company,<br><br>　　　　Defendants/Counter-Plaintiffs. | CASE NO.  3:09-cv-03496-SI<br><br>*Consolidated* Case No. CV11-00694-SI<br><br>ELECTRONIC CASE FILING<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO FILE UNDER SEAL CITRIX'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NOS. 7,369,515, 7,426,191, 7,715,331, 7,813,305, 7,877,489; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; AND DECLARATION OF LEIGH MARTINSON IN SUPPORT |

| | |
|---|---|
| 1 | |
| 2 | AND RELATED COUNTERCLAIMS |
| 3 | |

4   Pursuant to the parties' Joint Stipulation for Order to File Under Seal Citrix's Motion for Summary Judgment of Non-infringement and Invalidity of U.S. Patent Nos. 7,369,515, 7,426,191, 7,715,331, 7,813,305, 7,877,489; Memorandum of Points and Authorities in Support; and Declaration of Leigh Martinson in Support, and exhibits attached thereto, and good cause appearing therefore, it is hereby ordered that:

The parties' Joint Stipulation to file under seal Citrix's Motion for Summary Judgment; Memorandum of Points and Authorities in Support; and Declaration of Leigh Martinson in Support, and exhibits attached thereto is **GRANTED**.

**IT IS SO ORDERED.**

Dated: June __14__, 2012



Judge Susan Illston
United States District Judge