COLBY B. SPRINGER (SBN 214868)
cspringer@lrlaw.com
LEWIS AND ROCA LLP
2440 W. El Camino Real, 6th Floor
Mountain View, CA 94040-1499
Telephone: (650) 391-1380
Facsimile: (650) 391-1495

SHANE E. OLAFSON (admitted *pro hac vice*)
solafson@lrlaw.com
NATHANIEL EDWARDS (admitted *pro hac vice*)
nedwards@lrlaw.com
LEWIS AND ROCA LLP
40 N. Central Ave., Suite 1900
Phoenix, AZ 85004
Telephone: (602) 262-5311

*Attorneys for Plaintiff and Counterdefendant Pixion, Inc.*

**IT IS SO ORDERED**
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITRIX SYSTEMS, INC., et al., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. C09-03496-SI (PVT-CRB) <br><br> *(Consolidated CASE NO. C03-02909-SI)* <br><br> **REQUEST TO TERMINATE OR OTHERWISE DISASSOCIATE COUNSEL FOR PLAINTIFF** |

Pursuant to Local Rule 11-5, Pixion, Inc., through its authorized representative, hereby requests that the Court terminate and/or otherwise disassociate certain counsel having previously made an appearance on behalf of Plaintiff, Pixion, Inc.  The grounds for this request are:

1. Primary counsel for Pixion, Inc. is now Colby B. Springer, formerly of Carr & Ferrell LLP.  Since the filing of this action, Colby B. Springer has become affiliated with Lewis and Roca LLP.  Lewis and Roca LLP now principally represents Pixion, Inc. in this matter.

2. Lewis and Roca LLP maintains an office in this judicial District with attorneys who are admitted to practice before this Court.

3. The attorneys of Carr & Ferrell LLP that previously appeared on behalf of Pixion are no longer authorized to represent Pixion, their representation having been terminated.

4. Although attorneys of Carr & Ferrell LLP were previously removed from this Court's docket, Christine Watson of Carr & Ferrell was not removed.

**WHEREFORE**, Plaintiff Pixion, Inc. respectfully requests that the Court enter an Order terminating Carr & Ferrell LLP, specifically including Christine Watson, as counsel of record for Plaintiff, and removing them from the docket sheet as counsel of record, together with such additional relief as the Court deems just and proper.

Dated: June 12, 2012                                   LEWIS AND ROCA LLP


                                                By:   /s/ Nathaniel W. Edwards
                                                      COLBY B. SPRINGER (SBN 214868)
                                                      cspringer@lrlaw.com
                                                      LEWIS AND ROCA LLP
                                                      2440 W. El Camino Real, 6th Floor
                                                      Mountain View, CA  94040-1499

                                                      SHANE OLAFSON (*pro hac vice*)
                                                      solafson@lrlaw.com
                                                      NATHANIEL EDWARDS (*pro hac vice*)
                                                      nedwards@lrlaw.com

LEWIS AND ROCA LLP
40 N. Central Ave., Suite 1900
Phoenix, AZ 85004

*Attorneys for Plaintiff and Counterdefendant Pixion, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REQUEST TO TERMINATE COUNSEL**  3  **CASE NO. CV 09-03496 SI**