| | |
|---|---|
| COLBY B. SPRINGER (SBN: 214868)<br>cspringer@lrlaw.com<br>LEWIS AND ROCA LLP<br>2440 West El Camino Real, 6th floor<br>Mountain View, CA 94040<br>Tel:  650.391.1394<br>Fax:  650.391.1395<br><br>SHANE E. OLAFSON (*Pro Hac Vice*)<br>solafson@lrlaw.com<br>NATHANIEL W. EDWARDS (*Pro Hac Vice*)<br>nedwards@lrlaw.com<br>LEWIS & ROCA LLP<br>40 N. Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>Tel:  602.262.5367<br>Fax:  602.748.2530<br><br>Attorneys for Plaintiff<br><br>PIXION, INC. | TERRY W. AHEARN (SBN:  216543)<br>tahearn@mwe.com<br>BRYAN K. JAMES (SBN:  260753)<br>bjames@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Rd., Suite 100<br>Menlo Park, CA 94025<br>Telephone:     650.815.7400<br>Facsimile:     650.815.7401<br><br>SARAH COLUMBIA (*Pro Hac Vice*)<br>scolumbia@mwe.com<br>LEIGH MARTINSON (*Pro Hac Vice*)<br>lmartinson@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>28 State Street, 34th floor<br>Boston, MA 02109-1775<br>Telephone:     617.535.4000<br>Facsimile:     617.535.3800<br><br>Attorneys for Defendants and Counter-Plaintiffs<br><br>CITRIX SYSTEMS, INC., a Delaware Corporation, and CITRIX ONLINE, LLC, a Delaware limited liability company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC., a Delaware corporation,<br><br>    Plaintiff/Counter-Defendants,<br><br>v.<br><br>CITRIX SYSTEMS, INC., a Delaware Corporation, CITRIX ONLINE, LLC, a Delaware limited liability company,<br><br>    Defendants/Counter-Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.  3:09-cv-03496-SI<br><br>*Consolidated* Case No. CV11-00694-SI<br><br>ELECTRONIC CASE FILING<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO FILE UNDER SEAL CITRIX'S REPLY IN SUPPORT OF CITRIX'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NOS. 7,369,515, 7,426,191, 7,715,331, 7,813,305, 7,877,489** |

1    Pursuant to the parties' Joint Stipulation for Order to File Under Seal Citrix's Reply in
2 support of Citrix's Motion for Summary Judgment of Non-infringement and Invalidity of U.S.
3 Patent Nos. 7,369,515, 7,426,191, 7,715,331, 7,813,305, 7,877,489; and good cause appearing
4 therefore, it is hereby ordered that:

5    The parties' Joint Stipulation to file under seal Citrix's Reply in support of Citrix's Motion
6 for Summary Judgment is **GRANTED**.

7    **IT IS SO ORDERED.**

8 Dated: June __7/5_, 2012      _____
                                Judge Susan Illston
9                               United States District Judge

DM_US 36177081-1.082125.0013