| | |
|---|---|
| 1 | TERRY W. AHEARN (SBN: 216543)<br>tahearn@mwe.com |
| 2 | BRYAN K. JAMES (SBN: 260753)<br>bjames@mwe.com |
| 3 | MCDERMOTT WILL & EMERY LLp<br>275 Middlefield Rd., Suite 100 |
| 4 | Menlo Park, CA 94025<br>Telephone:    650.815.7400 |
| 5 | Facsimile:    650.815.7401 |
| 6 | SARAH COLUMBIA (*pro hac vice*)<br>scolumbia@mwe.com |
| 7 | LEIGH MARTINSON (*pro hac vice*)<br>lmartinson@mwe.com |
| 8 | MCDERMOTT WILL & EMERY LLP<br>28 State Street, 34th floor |
| 9 | Boston, MA 02109-1775<br>Telephone:    617.535.4000 |
| 10 | Facsimile:    617.535.3800 |
| 11 | Attorneys for Defendants and Counter-Plaintiffs<br>CITRIX SYSTEMS, INC., a Delaware Corporation, |
| 12 | and CITRIX ONLINE, LLC, a Delaware limited<br>liability company |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC., a Delaware corporation,<br><br>   Plaintiff/Counter-Defendants,<br><br>v.<br><br>CITRIX SYSTEMS, INC., a Delaware Corporation, CITRIX ONLINE, LLC, a Delaware limited liability company,<br><br>   Defendants/Counter-Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.  3:09-cv-03496-SI<br><br>*Consolidated* Case No. CV11-00694-SI<br><br>ELECTRONIC CASE FILING<br><br>**[PROPOSED] ORDER TO BRING EQUIPMENT AND TECHNICIANS INTO COURTROOM**<br><br>Judge: The Honorable Paul S. Grewal<br>Date: July 12, 2012 at 11:00am<br>San Jose Courtroom: 5 |

1  Pursuant to Civil Local Rule 7-11, Defendants Citrix Systems, Inc. and Citrix Online
2  LLC (collectively "Citrix") respectfully request the Court's permission to bring the following
3  equipment into the courtroom on July 12, 2012 for the settlement conference:

- Data Projector (1)

The above listed equipments will be used to present to the Court documentary and testimonial evidence, should such review become necessary during the settlement conference. Counsel for Citrix, Terry Ahearn, will bring and operate this equipment.

The Court grants Citrix's request. It is hereby ordered that Citrix is allowed to bring into the courtroom the above listed equipment on July 12, 2012.

IT IS SO ORDERED

Dated: July 11, 2012

_Paul S. Ahearn_
Judge Paul Grewal
United States Magistrate Judge

DM_US 36572652-1.082125.0013

[PROPOSED] ORDER TO BRING EQUIPMENT
AND TECHNICIANS INTO COURTROOM — - 1 -     CASE NO. 3:09-CV-03496-SI