1  TERRY W. AHEARN (SBN: 216543)
   tahearn@mwe.com
2  BRYAN K. JAMES (SBN: 260753)
   bjames@mwe.com
3  MCDERMOTT WILL & EMERY LLp
   275 Middlefield Rd., Suite 100
4  Menlo Park, CA 94025
   Telephone:    650.815.7400
5  Facsimile:    650.815.7401

6  SARAH COLUMBIA (*pro hac vice*)
   scolumbia@mwe.com
7  LEIGH MARTINSON (*pro hac vice*)
   lmartinson@mwe.com
8  MCDERMOTT WILL & EMERY LLP
   28 State Street, 34th floor
9  Boston, MA 02109-1775
   Telephone:    617.535.4000
10 Facsimile:    617.535.3800

11 Attorneys for Defendants and Counter-Plaintiffs
   CITRIX SYSTEMS, INC., a Delaware Corporation,
12 and CITRIX ONLINE, LLC, a Delaware limited
   liability company
13

14                    IN THE UNITED STATES DISTRICT COURT

15                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                           SAN FRANCISCO DIVISION

| | |
|---|---|
| 17  PIXION, INC., a Delaware corporation, | CASE NO. 3:09-cv-03496-SI |
| 18       Plaintiff/Counter-Defendants, | *Consolidated* Case No. CV11-00694-SI |
| 19   v. | ELECTRONIC CASE FILING |
| 20  CITRIX SYSTEMS, INC., a Delaware | [~~PROPOSED~~] ORDER TO BRING EQUIPMENT AND TECHNICIANS INTO COURTROOM |
| 21  Corporation, CITRIX ONLINE, LLC, a Delaware limited liability company, | Judge: The Honorable Paul S. Grewal |
| 22       Defendants/Counter-Plaintiffs. | Date: July 12, 2012 at 11:00am<br>San Jose Courtroom: 5 |
| 23 | |
| 24  AND RELATED COUNTERCLAIMS | |

1   Pursuant to Civil Local Rule 7-11, Defendants Citrix Systems, Inc. and Citrix Online
2   LLC (collectively "Citrix") respectfully request the Court's permission to bring the following
3   equipment into the courtroom on July 12, 2012 for the settlement conference:

- Data Projector (1)

The above listed equipments will be used to present to the Court documentary and testimonial evidence, should such review become necessary during the settlement conference. Counsel for Citrix, Terry Ahearn, will bring and operate this equipment.

The Court grants Citrix's request. It is hereby ordered that Citrix is allowed to bring into the courtroom the above listed equipment on July 12, 2012.

IT IS SO ORDERED

Dated: July __11__, 2012

*Paul S. Grewal*
Judge Paul Grewal
United States Magistrate Judge

DM_US 36572652-1.082125.0013

[PROPOSED] ORDER TO BRING EQUIPMENT
AND TECHNICIANS INTO COURTROOM        - 1 -        CASE NO. 3:09-CV-03496-SI