**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PIXION, INC.,

        Plaintiff,

  v.

CITRIX SYSTEMS, INC., and CITRIX ONLINE, LLC.

        Defendants.
        /

No. C 09-03496 SI

**JUDGMENT**

Defendants' motion for summary judgment has been granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 15, 2012

SUSAN ILLSTON
United States District Judge