IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIXION, INC., | No. C 09-03496 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITRIX SYSTEMS, INC., and CITRIX ONLINE, LLC. | |
| Defendants. | |

Defendants' motion for summary judgment has been granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 15, 2012

SUSAN ILLSTON
United States District Judge