# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1636

**PIXION, INC.,**

*Plaintiff – Appellant,*

v.

**CITRIX SYSTEMS, INC., AND CITRIX ONLINE, LLC,**

*Defendants – Appellees.*

Appeal from the United States District Court for the Northern District of California in No. 09-CV-3496 U.S. District Judge Susan Y. Illston.

## MANDATE

In accordance with the judgment of this Court, entered March 19, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $533.04 were determined and taxed against the appellant.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Terry W. Ahearn
Clerk of Court, Northern District of California (San Francisco)
Sarah Chapin Columbia
Blair Martin Jacobs
Bryan Keith James
Leigh John Martinson
Shane E. Olafson
Colby Brian Springer